UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
CAROL BATTLE NICHOLSON                          CASE NO. 20-10614
311 PINEY POINT DRIVE                           JUDGE BENJAMIN A. KAHN
HAMLET, NC  28345

    DEBTOR

SSN(1) XXX-XX-3609                              DATE: 02/25/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERIMARK<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $1,182.18<br>INT: .00%<br>NAME ID: 154004<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 804A<br>COMMENT: |
| ASHRO LIFESTYLE<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $199.85<br>INT: .00%<br>NAME ID: 151293<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 6220<br>COMMENT: |
| BASIC FINANCE<br>P O BOX 879<br>ROCKINGHAM, NC  28380 | $1,685.84<br>INT: .00%<br>NAME ID: 122748<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 8503<br>COMMENT: |
| CAROL WRIGHT<br>P O BOX 2852<br>MONROE, WI  53566 | $0.00<br>INT: .00%<br>NAME ID: 115243<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6AH<br>COMMENT: |
| CREDIT ACCEPTANCE<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD, MI  48034 | $10,448.27<br>INT: 5.25%<br>NAME ID: 124410<br>CLAIM #: 0002 | (V) VEHICLE-SECURED<br><br>ACCT: 9515<br>COMMENT: 13KIA |
| DR LEONARDS SHOP NOW<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $620.29<br>INT: .00%<br>NAME ID: 166046<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 6A4A<br>COMMENT: |
| DUNNS AUTO SALES<br>CHAPTER HOLDINGS LLC FBO<br>P O BOX 748<br>TULLAHOMA, TN  37388 | $5,196.08<br>INT: .00%<br>NAME ID: 183337<br>CLAIM #: 0003 | (U) UNSECURED<br><br>ACCT:<br>COMMENT: COD |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 5777<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FARMERS HOME FURNITURE - ROCKINGHAM NC<br>ATTN CORPORATE CREDIT DEPT<br>P O BOX 1140<br>DUBLIN, GA  31040 | $1,921.69<br>INT:  5.25%<br>NAME ID: 173126<br>CLAIM #:  0001 | (S) SECURED<br><br>ACCT: 0186<br>COMMENT:  HH |
| FIGIS GALLERY<br>P O BOX 770001<br>MADISON, WI  53707 | $0.00<br>INT:  .00%<br>NAME ID: 182807<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 14F2<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 38570<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0005 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3609<br>COMMENT: |
| JC PENNEY<br>P O BOX 965048<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 182808<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5641<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $0.00<br>INT:  .00%<br>NAME ID: 157722<br>CLAIM #:  0004 | (S) SECURED<br>SURRENDERED<br>ACCT: 2899<br>COMMENT:  04SATU,REL |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $3,132.25<br>INT:  .00%<br>NAME ID: 157722<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT: 2899<br>COMMENT:  SPLIT |
| MONTGOMERY WARD<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $581.96<br>INT:  .00%<br>NAME ID: 151087<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 6290<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0006 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3609<br>COMMENT: |
| PUBLISHING CLEARING HOUSE<br>P O BOX 6344<br>HARLAN, IA  51593 | $0.00<br>INT:  .00%<br>NAME ID: 145003<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8658<br>COMMENT: |
| RICHMOND CO TAX COLL<br>P O BOX 1644<br>ROCKINGHAM, NC  28380 | $133.50<br>INT:  .00%<br>NAME ID: 28281<br>CLAIM #:  0007 | (P) PRIORITY<br><br>ACCT: 3847<br>COMMENT: |
| WILLIAM BOSTICK<br>P O BOX 825<br>ROCKINGHAM, NC  28380 | $0.00<br>INT:  .00%<br>NAME ID: 182927<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$25,101.91** | |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10614

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TODD G SCOTT ESQ<br>P O BOX 873<br>ROCKINGHAM, NC  28380 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/25/2021                                       OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice